UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0524M-01 (CR) |
| | : | |
| PORTIA BONNER | : | |
| | : | VIOLATION: 18 U.S.C. § 641 |
| Defendant. | : | (Theft of Public Money) |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE**

I.  Introduction

At all times material to this Information;

    1.  The Department of State is a federal agency that is a Department of the United States.

    2.  The Office of Language Service Travel Unit is within the Department of State and is located at 2401 "E" Street, NW, Washington, D.C.

    3.  Defendant PORTIA BONNER was employed as a contractor and worked in the Department of States' Office of Language Service Travel Unit at 2401 E Street, NW, Washington, D.C. from December 2001 to November 2004.

    4.  On or about June 10, 2003 to about November 9, 2004, in the District of Columbia, the defendant, PORTIA BONNER, willfully and knowingly did steal, purloin, embezzle and convert to her own use American Express Travelers Checks and U.S. Currency, property of the United States of the value of sixty one thousand five hundred ninety dollars ($61,590), which said property had come into the possession and under the care of PORTIA BONNER'S by virtue of her employment

as a contract employee in the Department of State's Office of Language Service Travel Unit, in violation of 18 U.S.C. § 641.

5.  On or about the June 10, 2003 to about November 9, 2004, in the District of Columbia, the defendant, PORTIA BONNER, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, American Express Travelers Checks and U.S. Currency of the value of sixty one thousand five hundred ninety dollars ($61,590), a value in excess of one thousand dollars ($1,000), with intent to convert said property to her own use, PORTIA BONNER then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

**(Theft of Public Money in violation of l8 U.S.C. § 641).**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

_____
ANGELA HART-EDWARDS
Assistant United States Attorney
United States Attorneys Office
PA. Bar 61468
Federal Major Crimes Section
555 4th Street, N.W. (Room 4241)
Washington, D.C.  20530
(202) 307-0031