# United States District Court
# for the District of Columbia

FILED
APR 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Portia Bonner

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-069 (PLF)

I, Portia Bonner, the above named defendant, who is accused of Theft of Public Money

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 11, 2007 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_Portia Y Bonner_
Defendant

_Rita Bonner_
Counsel for Defendant

_Paul L. Friedman_
Judge Paul L. Friedman
United States District Court