CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
                             )
              vs.            )     Criminal No. 07-069 (PLF)
                             )
     Portia Bonner           )
                             )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
United States Attorney

Approved:

_____
United States District Judge