UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 07cr69 |
| v. | : | |
| PORTIA BONNER, | : | FILED |
| Defendant. | : | APR 11 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### STATEMENT OF THE OFFENSE

The Office of Language Services is part of the federal agency within the Department of State, Bureau of Administration, Office of Operations (Language Services) and provides translation support services needed to conduct foreign relations with non-English speaking nations and peoples. Language Services maintains a roster of staff and contractor interpreters and translators to meet the demands of the President, the Secretary of State, the Department of State, and other federal agencies for language services in more than fifty languages. Language Services is located at 2401 "E" Street, NW 14th Floor, Washington, D.C.

Many interpreters who are employed by Language Services are employed on a contractual basis and are required to travel . To pay for travel, interpreters often receive cash advances in the form of American Express Travelers Checks or cash wired into their bank account.

Portia Bonner was employed as a contractor and worked in the Office of Language Service, Travel Unit from in or about December 2001 up to in or about November 2004. Her job responsibilities involved preparing travel orders for staff and contractors, and arranging for cash advances and deposits of travel advances into their bank accounts.

During the period of on or about June 10, 2003 up to November 9, 2004, on nineteen occasions, Ms. Bonner created and approved travel authorization forms for official government

travel for Language Services staff and/or contract employees: June 6, 10, 23, and 27, 2003; July 2, and 7, 2003; September 29, 2003; March 1, 12, and two times on 15, 2004; April 30, 2004; May 14, 2004; July 13, 2004; September 24 and 29, 2004; October 15, and two times on 27, 2004; and on November 9, 2004, respectively. On each occasion, Ms. Bonner went to the Cashier's Office located at 2201 "C" Street, NW, Washington, D.C. 20520, and produced fraudulent Power of Attorneys, on what appeared to be State Department letterhead. Using these fraudulent Power of Attorneys, Ms. Bonner received American Express Traveler's checks totaling approximately fifty-three thousand five hundred ninety dollars ($53, 590). Ms. Bonner converted the money for her personal use.

In addition, on or about February 10, 2004, Ms. Bonner created and approved a travel authorization form for official government travel for a fictitious Language Services contract employee with the name of "Maria Bonaskia." Ms. Bonner created this employee using social security numbers belonging to other individuals. As a result of this scheme, a travel advance in the amount of eight thousand dollars ($8,000) was wired into account number ---------7127, routing number -----2707 of Suntrust Bank of Bowie, Maryland. A bank account with an account number ------9512 and routing number of -----0653 of Bank of America, Washington, D.C. was listed on an additional payment enrollment form in the name of "Maria Bonaska," 3479 Ridgewood Drive, Aberdeen, M.D. 20818.

Ms. Bonner used all funds obtained through the scheme for her personal use to purchase goods and services including, but not limited to, the following: a vehicle, clothing from locals retailers, airline tickets, and hotel stays.

On or about November 23, 2005, Ms. Bonner met with Special Agent Jennifer Flynn of the Department of State Office of Inspector General. In a written statement, Ms. Bonner admitted that she made up the aforementioned power of attorneys and travel orders, and received travelers checks for Language Services' employees and that she used those travelers checks and cash to pay bills, distributed as gifts, and to purchase personal goods and services. Ms. Bonner also admitted that she created the fictitious employee "Maria Banaska." Through her scheme, Ms. Bonner has wrongfully converted and obtained approximately $61,590.00 of money that was the property of the Department of State.

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. Cr. P. R. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: April 11, 2007

PORTIA BONNER
Defendant

I have discussed this Statement of Offense with my client, Portia Bonner. I concur with her decision to stipulate to this Statement of Offense.

Date: 4/11/07

RITA BOSWORTH, ESQ.
Counsel for the Defendant