UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 07-69 (PLF) |
| | : | |
| v. | : | Sentencing Date: June 22, 2007 |
| | : | |
| **PORTIA BONNER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING IN RESPONSE TO DEFENSE MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case and in response to the defense memorandum in aid of sentencing.

1. Pursuant to a plea agreement, Defendant Portia Bonner pled guilty on April 11, 2007, to a one-count Criminal Information charging her with Theft of Public Money, in violation of Title 18 U.S.C. Section 641.

2. Defendant has no prior criminal convictions.

3. Based upon a total offense level of 10, and Defendant's criminal history category of I, the guideline range for imprisonment is 6 to 12 months.[1] The statutory maximum term of imprisonment for a violation of 18 U.S.C. Section 641 is 10 years of imprisonment.

4. Pursuant to Defendant's April 11, 2007 guilty plea, Defendant acknowledged certain relevant criminal conduct in her factual proffer – she acknowledged converting in excess of thirty thousand dollars ($30,000) belonging the U.S. State Department to her for personal use.

---

[1] This offense level takes into account that Defendant will presumably receive a two-point downward adjustment for having taken responsibility for her criminal conduct.

5.	In this case, the Government respectfully requests a sentence within the applicable guideline range, and would not oppose this Court's imposition of a period of probation for at least three years with additional conditions delineated by the Presentence Report Writer at page 13, ¶ 72. The government would also request that this Court conduct an inquiry as to the defendant's current employment to determine if it has anything to do with access to finances for assessment of third party risk and a need to report the instant conviction to the current employer.

In addition, consistent with ¶¶ 79 - 82 of the Presentence Report, the Government urges the Court to enter an order for full restitution.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By: _____
ANGELA HART-EDWARDS
ASSISTANT UNITED STATES ATTORNEY
PA. BAR. 61468
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Rita Bosworth, Esquire, this 21ST day of June, 2007.

_____
ANGELA HART-EDWARDS
ASSISTANT UNITED STATES ATTORNEY