HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-69-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| BONNER, Portia | : | Disclosure Date: <u>May 22, 2007</u> |

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                                            Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Portia J Bonner 5/25/2007*                    *[signed] Rita Bosworth 5/25/07*
Defendant             Date                                          Defense Counsel             Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 5, 2007</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                                          Page 2

Page 6, ¶ 29: Ms. Bonner was never incarcerated for this charge. The issue was a bounced check, but she went to court and paid it in full, and the case was resolved.

Page 8, ¶ 36: Ms. Bonner has been involved with Timothy Henson since 2004, not 1998.

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 5/25/07