HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-07-69-01 |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| BONNER, Portia | : | Disclosure Date: May 22, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ✓ )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          6/6/07
Prosecuting Attorney                         Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(   )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant            Date            Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by June 5, 2007, to U.S. Probation Officer Renee Moses-Gregory, telephone number (202) 565-1348, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

TOTAL P.002