PROB 12B-ORDER-DC
(Rev. 12/82)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

JUN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Portia Bonner**                                    Docket No.: **CR 07-69**

## REQUEST FOR COURSE OF ACTION
### (Modification of Conditions)

COMES NOW **Chandra R. Green**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Portia Bonner**, who was placed on probation by the Honorable Paul L. Friedman, United States District Judge, sitting in the Court at Washington, D.C., on the **26th** day of **June, 2007**, who fixed the period of supervised release at **five** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. $100 special assessment;

2. $57,496 in restitution at a rate of no less than $100 per month;

3. Full financial disclosure;

4. No new lines of credit/financial contract without approval; and

5. 180 days Electronic Monitoring.

On June 26, 2007, the Court sentenced Ms. Bonner to five years probation, which commenced on that date and is scheduled to expire on June 25, 2012.

BONNER, Poria
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1.  The defendant shall pay restitution in the amount of $57,496 at a rate of no less than $100 per month. (Special Condition)

Respectfully submitted,

Chandra R. Green
United States Probation Officer
(202) 565-1411

Approved By: _____
Shawn A. Suber, Supervising
United States Probation Officer