**FILED**

JUN 1 7 2008

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Portia Bonner**                                    Docket No.: **CR 07-69**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER the special conditions of probation be modified as follows: Monthly restitution payments at a rate of $25.00; and participation in mental health counseling at the direction of the Probation Office.

### ORDER OF COURT

Considered and ordered this ___17th___ day of ___June___, 2008.

_____
Paul L. Friedman
United States District Judge